| | |
|---|---|
| Mark Moburg, WSBA #19463<br>ROUTH CRABTREE OLSEN, P.S.<br>3535 Factoria Blvd. SE, Suite 200<br>Bellevue, WA 98006<br>Telephone: 425-458-2129<br>Facsimile: 425-283-0929 | The Honorable Marc A. Barreca<br>Chapter 13<br>Location: Seattle<br>Hearing Date: March 24, 2011<br>Hearing time: 9:30 AM |

Attorneys for Defendant Litton Loan Servicing LP

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

ROBERT S. BLENDHEIM and
DARLENE G. BLENDHEIM,

                Debtors.

───────────────────────────

ROBERT S. BLENDHEIM and
DARLENE G. BLENDHEIM,

                Plaintiffs,

v.

LITTON LOAN SERVICING LP, Agent for HSBC Bank (HSBC), the indenture trustee of the original lender Fieldstone Mortgage Investment Trust (Fieldstone).

                Defendant.

Chapter 13
Case No. 09-10283-MLB

Adv. No. 10-01203-MLB

**STATEMENT OF ISSUES AND CONTROVERTED FACTS FILED IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

    Defendant Litton Loan Servicing, LP, agent for HSBC Bank, the indenture trustee of the original lender Fieldstone Mortgage Investment Trust ("Creditor" or "Defendant") submits the following Statement of Issues and controverted facts in support of its Response to Motion for Summary Judgment.

STATEMENT OF ISSUES AND FACTS
PAGE 1 OF 6

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
13555 SE 136th Street, Suite 300
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

# I. STATEMENT OF ISSUES

Whether an adversary action should proceed to trial where there are controverted issues of material fact in an adversary proceeding that has been commenced alleging forgery of a Plaintiff's signature on loan documents, where the Plaintiff has signed a Signature Affidavit attesting to the correctness of the name that was allegedly forged?

Whether a Plaintiff can invalidate a lien on summary judgment in an adversary proceeding where the basis of the motion for summary judgment is that the Defendant's proof of claim was disallowed on the Plaintiffs' objection to claim because a copy of the underlying Promissory Note was not attached to the Proof of Claim filed in the underlying bankruptcy case?

Whether a secured lien that would otherwise pass through bankruptcy can be avoided based on an order that disallowed the claim for failure to comply with Fed. R. Bankr. P. 3001(c) where an adversary proceeding has been filed and there are controverted facts as to the validity of the Plaintiff's signature on the writing that established the debt?

# II. STATEMENT OF FACTS

On or about December 8, 2005, Darlene Gay Blendheim and Robert S. Blendheim ("Plaintiffs"), executed and delivered a Promissory Note (the "Note") in favor of Fieldstone Mortgage Company in the original principal amount of $328,000.00. *See* Declaration of Christopher Spradling ("Spradling Decl."), at para. 3. Fieldstone Mortgage Company indorsed the Note in blank and delivered it to Litton Loan Servicing, the servicing agent for HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-1. Litton Loan Servicing specially indorsed the Note to

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
13555 SE 136th Street, Suite 300
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-1. *See* Spradling Decl., para. 4.

The Plaintiffs' obligations under Note were secured by a Deed of Trust ("Deed") encumbering real property commonly described as 3717 Beach Drive SW #315 Seattle, WA 98116 ('Property'). The Deed was recorded on December 15, 2005 under King County Recording No. 20051215002809. The Deed named Mortgage Electronic Registration Systems, Inc. ("MERS"), as beneficiary, solely as nominee for the lender, Fieldstone Mortgage Company. *See* Spradling Decl., par. 5.

In connection with the execution of the Note and Deed of Trust, Plaintiffs executed a signature affidavit on December 8, 2005. The Signature Affidavit affirms the full legal name of Plaintiff Robert S. Blendheim, Jr. and sets forth an alternative name of Robert Blendheim. *See* Spradling Decl., para. 6. In connection with executing the loan documents, Mr. Blendheim acknowledged in the Signature Affidavit that the signatures on the Note and Deed of Trust reflected his legal signature, and further acknowledged that his full legal name is "Robert S. Blendheim, Jr." as signed on the Note and Deed of Trust.

Subsequently, on January 19, 2007, MERS executed an Assignment of Deed of Trust ("Assignment"). The Assignment assigned the beneficial interest under the Deed to HSBC Bank USA, National Association, as Indenture Trustee for Fieldstone Mortgage Investment Trust (FMIT) Series 2006-1. The Assignment was recorded on January 26, 2007 under King County Recording No. 20070126002147. *See* Spradling Decl. para. 7.

On January 15, 2009, Plaintiff filed for protection under Title 11, chapter 13 of the United States Code under cause number 09-10283-KAO (now captioned 09-10283-MLB) in the above listed court. The Plaintiffs listed the debt owing to Defendant in their schedules

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
13555 SE 136th Street, Suite 300
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

and Chapter 13 Plan and list the Defendant to which the debt is owed as Litton Loan Servicing.

On January 28, 2009, Litton Loan Servicing filed a secured Proof of Claim, assigned Claim No. 1, in the amount of $419,498.75. *See* Claim no. 1.

On October 10, 2009, Plaintiffs filed an Objection to Claim #1 of Litton Loan Servicing (the "Objection"). *See* Docket no. 44 The Objection cited Rule 3001 of the Federal Rules of Bankruptcy Procedure for the proposition that "'[w]hen a claim, or an interest in property of the debtor securing the claim, is based on a writing, the original or a duplicate shall be filed with the proof of claim. If the writing has been lost or destroyed, a statement of the circumstances of the loss or destruction shall be filed with the claim.'. . . while Litton has attached to its proof of claim a copy of the deed of trust as evidence of the security interest in Plaintiffs' real property, it has failed to include a copy of the Promissory Note signed by the Plaintiffs – the very contract that would evidence the Plaintiffs' obligation to pay." *See* Objection, p. 3, lines 1-26.

No counsel for Litton Loan Servicing had appeared in the case as of the date the Objection to Claim was filed.

On October 27, 2009, counsel James MaGee on behalf of Litton Loan Servicing filed a Motion for Adequate Protection Disbursements. *See* Docket no. 53. This was the first appearance of counsel for Litton Loan Servicing.

On October 27, 2009, counsel for Litton Loan Servicing filed a Supplemental Filing of the Promissory Note in support of the Motion for Adequate Protection Disbursements.

On November 9, 2009, Plaintiffs submitted a Certificate of No Objections as to the Objection to Claim.

STATEMENT OF ISSUES AND FACTS
PAGE 4 OF 6

**ROUTH CRABTREE OLSEN, P.S.**
*A Law Firm and Professional Services Corporation*
13555 SE 136th Street, Suite 300
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

On November 18, 2009, Judge Overstreet signed an Order disallowing Claim No. 1. *See* Docket no. 74.

On April 8, 2009, the above-captioned adversary proceeding was commenced, challenging, inter alia, the enforceability of the Note upon which Defendant's claim is based and asserting that the signatures on the loan documents were forged. The Plaintiffs allege that Mr. Blendheim's signature is a forgery because it includes a "Jr." According to the Signature Affidavit, Mr. Blendheim agreed that he would sign the loan documents with "Jr."

On May 10, 2009 an Answer to the Complaint was filed, controverting the allegations set forth in the Complaint.

DATED this __17th__ day of __March__, 2010.

ROUTH CRABTREE OLSEN, P.S.

/s/ Mark Moburg
Mark Moburg, WSBA #1946
Attorneys for Defendant Litton Loan Servicing LP

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
13555 SE 136th Street, Suite 300
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

## Certificate of Service

I certify under penalty of perjury under the laws of the State of Washington that I mailed a true and correct copy of the **Statement of Issues and Controverted Facts,** postage pre-paid, regular first class mail on the 18th day of May, 2010, to the following parties:

**Attorneys for Plaintiff**
Taryn M. Darling Hill
Resolve Legal PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101

DATED this 18th day of March, 2010.

/s/ _____  Anthony Graves
Shawna Hall, Paralegal

ROUTH CRABTREE OLSEN, P.S.
A Law Firm and Professional Services Corporation
13555 SE 136th Street, Suite 300
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131