# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON

**MARC BARRECA**
Bankruptcy Judge
**Ramie N. O'Neill**
Law Clerk

(206)370-5312

United States Courthouse, Room 7106
700 Stewart Street
Seattle, Washington 98101

April 22, 2011

Taryn M. Darling Hill
Resolve Legal PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101-2509

Mark Moburg
Routh Crabtree Olsen, P.S.
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006

Re: <u>In re Robert S. Blendheim and Darlene G. Blendheim,</u> No. 09-10283-MLB

Dear Counsel:

    The Court notes that Litton Loan Servicing, LP, agent for HSBC Bank, the indenture trustee of the Fieldstone Mortgage Investment Trust, Series 2006-1, filed a Motion to Set Aside Default Order Sustaining Debtor's Objection to Claim (the "Motion") (Dkt. No. 115), regarding the Court's order sustaining the Debtors' Objection to Claim No. 1 of Litton Loan Servicing (Dkt. No. 74). The Court requests that counsel for the Debtors provide a response to the Motion by **5:00 p.m. on April 28, 2011**, with special focus given to service and due process issues.

    The Court will issue a ruling on the Motion at the beginning of trial in <u>Blendheim v. NoteHolder et al.</u>, Case No. 10-01203-MLB, on May 3, 2011.

Sincerely,

*/s/*

**To be served by the Clerk via the BNC.**