April 26, 2011


Via ECF


Honorable Marc Barreca
United States Bankruptcy Court
700 Stewart Street
Seattle, WA  98101

Re:    Robert S. Blendheim and Darlene G. Blendheim, Main Case No. 09-10283
       Blendheim v. Litton Loan Servicing, Adv. No. 10-01203

Dear Judge Barreca:

We are in receipt of the Court's letter, dated April 25, 2011, indicating the Court's
intent to hear argument on the Defendant's Motion for Reconsideration.

As the Court is aware, the parties have agreed to a continuance of the trial to a later date
that is convenient for the Court and the parties.

While the parties have agreed not to proceed with the scheduled trial date of May 3,
2011, subject to the Court's letter the Blendheims will submit response and attend the
hearing on the Motion for Reconsideration on May 3, 2011, and will plan to proceed
with trial at a date subsequent and subject to the Court's calendar.

Very truly yours,

Taryn M. Darling Hill